UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARBOR TOWING & FLEETING, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 10-2457 |
| ACCUMARINE TRANSPORTATION, LP, ETC. | SECTION: "K"(5) |

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the plaintiff is awarded attorneys' fees in the amount of $12,143.50 and costs in the amount of $726.24, for a grand total of $12,869.74.

New Orleans, Louisiana, this   12th   day of      July      , 2011.

_____
UNITED STATES DISTRICT JUDGE